UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| THE CLARK CONSTRUCTION GROUP INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF MEMPHIS and THE MEMPHIS ) <br> COOK CONVENTION CENTER ) <br> COMMISSION, ) <br> ) <br> Defendants. ) <br> ) <br> v. ) <br> ) <br> WILLIAMSON, HAIZLIP, POUNDERS, ) <br> PICKERING, a Joint Venture, ) <br> ) <br> Third Party Defendant. ) | Civil Action No. 01-2780-Ma/V |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE AS TO THE THIRD-PARTY COMPLAINT AGAINST WILLIAMSON, HAIZLIP, POUNDERS, PICKERING, A JOINT VENTURE

COME NOW the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice, as to the Third-Party Complaint against Williamson, Haizlip, Pounders, Pickering, a Joint Venture.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Third-Party Complaint against Williamson, Haizlip, Pounders, Pickering, a Joint Venture, be and hereby is dismissed with prejudice.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-4-05



_[signature]_

JUDGE

Date: March 31, 2005

Approved for Entry:

_[signature]_
MICHAEL I. LESS (#8170)
JOSEPH T. GETZ (#10964)
Less, Getz & Lipman
100 Peabody Place, Suite 1000
Memphis, TN 38103
(901) 525-8700

_[signature]_
RICKY E. WILKINS
Law Offices of Ricky E. Wilkins
119 S. Main St., Ste. 700
Memphis, TN 38103
(901) 322-4450

_[signature]_
WILLIAM M. JETER (#4879)
Attorney for Defendants
35 Union Avenue, Suite 300
Memphis, TN 38103
(901) 544-1556

_[signature]_
ALBERT C. HARVEY
Thomason Hendrix Harvey Johnson & Mitchell
One Commerce Square, 29th Floor
Memphis, TN 38103-5529
(901) 525-8721

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 240 in case 2:01-CV-02780 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Michael Evan Jaffe
THELEN REID & PRIEST LLP
701 Pennsylvania Ave., N.W.
Ste. 800
Washington, DC 20004

Christopher M. Caputo
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

John W. Ralls
THELEN REID & PRIEST
101 Second Street
18th Fl.
San Francisco, CA 94105

James R. Newland
THELEN REID & PRIEST
Market Square
Ste. 800
701 Pennsylvania Ave., N.W.
Washington, DC 20004

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Michael I. Less
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Jeffrey R. Gans
THELEN REID & PRIEST LLP
701 Pennsylvania Ave., N.W.
Ste. 800
Washington, DC 20004

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT