IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUL 12 PM 5:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

THE CLARK CONSTRUCTION GROUP, INC.,

    Plaintiff,

VS.                                                    NO. 01-2780-Ma

CITY OF MEMPHIS, ET AL.,

    Defendants.

---

ORDER GRANTING MOTION FOR LEAVE TO FILE
MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S DAMAGES
CLAIMS FOR ADDED PROJECT PERSONNEL AND
AMENDED REQUEST FOR EXTENDED PAGE LIMITATION

---

Before the court is defendants' July 8, 2005, unopposed motion for leave to file a Motion for Partial Summary Judgment as to Plaintiff's Damages Claims for Added Project Personnel and Amended Request for Extended Page Limitation. For good cause shown, the motion is granted. Defendants are granted a one day extension to July 1, 2005, of the deadline for filing potentially dispositive motions so as to allow for the filing of the above-stated motion. Defendants' motion may exceed the page limitation rule.

It is so ORDERED this 11th day of July, 2005.

                        _____
                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-14-05

282

Case 2:01-cv-02780-SHM-STA   Document 282   Filed 07/12/05   Page 2 of 3    PageID 332

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 282 in case 2:01-CV-02780 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John W. Ralls
THELEN REID & PRIEST
101 Second Street
18th Fl.
San Francisco, CA 94105

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James R. Newland
THELEN REID & PRIEST
Market Square
Ste. 800
701 Pennsylvania Ave., N.W.
Washington, DC 20004

Michael I. Less
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Michael Evan Jaffe
THELEN REID & PRIEST LLP
701 Pennsylvania Ave., N.W.
Ste. 800
Washington, DC 20004

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Jeffrey R. Gans
THELEN REID & PRIEST LLP
701 Pennsylvania Ave., N.W.
Ste. 800
Washington, DC 20004

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher M. Caputo
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT