IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THE CLARK CONSTRUCTION GROUP, INC.,

    Plaintiff,

VS.                            NO. 01-2780-Ma

CITY OF MEMPHIS, ET AL.,

    Defendants.

ORDER EXTENDING TIME TO RESPOND AND
GRANTING LEAVE TO EXCEED PAGE LIMITATION

Before the court is plaintiff's August 8, 2005, consent motion requesting an extension of time for all parties to file responses to motions for summary judgment and requesting leave to file memoranda in excess of the local rule page limitation. For good cause shown, the motion is granted. The deadline for all parties for filing responses to motions for summary judgment is August 10, 2005, plaintiff may file memoranda in excess of twenty pages.

It is so ORDERED this 18th day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

310

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 310 in case 2:01-CV-02780 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeffrey C. Smith
Armstrong Allen, PLLC
80 Monroe Avenue
Suite 700
Memphis, TN 38103

John W. Ralls
THELEN REID & PRIEST
101 Second Street
18th Fl.
San Francisco, CA 94105

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James R. Newland
THELEN REID & PRIEST
Market Square
Ste. 800
701 Pennsylvania Ave., N.W.
Washington, DC 20004

Michael I. Less
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Michael Evan Jaffe
THELEN REID & PRIEST LLP
701 Eight St., N.W.
Washington, DC 20001--372

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Jeffrey R. Gans
THELEN REID & PRIEST LLP
701 Pennsylvania Ave., N.W.
Ste. 800
Washington, DC 20004

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher M. Caputo
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT